No. 173. UNITED STATES EX REL. NELIDA A. DURNFORD *v.* HUBERT WORK, SECRETARY OF THE INTERIOR. Error to the Court of Appeals of the District of Columbia. Argued January 17, 1924. Decided January 21, 1924. *Per Curiam.* Judgment affirmed upon the authority of

263 U. S. Certiorari Granted.

*Riverside Oil Co.* v. *Hitchcock*, 190 U. S. 316; *Ness* v. *Fisher*, 223 U. S. 683; *Alaska Smokeless Coal Co.* v. *Lane*, 250 U. S. 549; *Hall* v. *Payne*, 254 U. S. 343; *Brown* v. *Hitchcock*, 173 U. S. 473, 479. *Mr. Samuel Herrick*, with whom *Mr. P. W. Spaulding* was on the brief, for plaintiff in error. *Mr. H. L. Underwood*, Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for defendant in error.